# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BEN BOSWORTH, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:18-CV-322 |
| vs | | District Judge Thomas M. Rose |
| | : | |
| DAYTON HEIDELBERG DISTRIBUTING CO., | : | |
| | : | |
| Defendant. | | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

    The Court having been advised that on September 5, 2019, the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    Parties may submit a substitute Judgment Entry once settlement is consummated within the sixty (60) day period. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **September 13, 2019**

Thomas M. Rose, Judge
United States District Court